**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ERWIN GANADI,<br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-07763-JMG |

**ORDER**

**AND NOW,** this 18th day of November, 2026, upon consideration of Petitioner's Motion to Expedite (ECF No. 4), Petitioner's Second Motion to Expedite (ECF No. 5) and this Court's Order Granting Petitioner's Petition for Writ of Habeas Corpus (ECF No. 6), **IT IS HEREBY ORDERED** that the Motions (ECF Nos. 4-5) are **DENIED as MOOT**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge